IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSUMPTA SMALL, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:18-CV-02664-E |
| SWALM & ASSOCIATES, PC, | | |
| Defendant. | | |

## ORDER

Before the Court is Defendant's Motion for Summary Judgment (Doc. 19). After careful consideration of the motion, the response, the reply, the supporting appendices, the applicable law, and any relevant portions of the record, the Court concludes genuine issues of material fact exist for the fact finder to determine, making summary judgment inappropriate. The Court **DENIES** Defendant's motion for summary judgment.

**SO ORDERED.**

Signed March 4, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1